Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-458-627**

**Effective Date of Registration:**
August 15, 2025
**Registration Decision Date:**
August 21, 2025



## Title

**Title of Work:** Drawing German Shepherd Dog portrait

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 25, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Anna Averianova
  **Author Created:** 2-D artwork
  **Citizen of:** Montenegro

## Copyright Claimant

**Copyright Claimant:** Anna Averianova
Stari Bar BB, Bar, 85000, Montenegro

## Rights and Permissions

**Name:** Anna Averianova
**Email:** animalistica.me@gmail.com
**Address:** Stari Bar BB
Bar 85000 Montenegro

## Certification

**Name:** David Denholm
**Date:** August 15, 2025
**Applicant's Tracking Number:** AA2025081501



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-458-628**

**Effective Date of Registration:**
August 15, 2025

**Registration Decision Date:**
August 21, 2025

## Title

**Title of Work:** Drawing Red horse portrait

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** July 07, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Anna Averianova
  **Author Created:** 2-D artwork
  **Citizen of:** Montenegro

## Copyright Claimant

**Copyright Claimant:** Anna Averianova
Stari Bar BB, Bar, 85000, Montenegro

## Rights and Permissions

**Name:** Anna Averianova
**Email:** animalistica.me@gmail.com
**Address:** Stari Bar BB
Bar 85000 Montenegro

## Certification

**Name:** David Denholm
**Date:** August 15, 2025
**Applicant's Tracking Number:** AA2025081502






# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-458-626**

**Effective Date of Registration:**
August 15, 2025
**Registration Decision Date:**
August 21, 2025

## Title

**Title of Work:** Drawing puppies Rhodesian Ridgeback

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 05, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Anna Averianova
  **Author Created:** 2-D artwork
  **Citizen of:** Montenegro

## Copyright Claimant

**Copyright Claimant:** Anna Averianova
Stari Bar BB, Bar, 85000, Montenegro

## Rights and Permissions

**Name:** Anna Averianova
**Email:** animalistica.me@gmail.com
**Address:** Stari Bar BB
Bar 85000 Montenegro

## Certification

**Name:** David Denholm
**Date:** August 15, 2025
**Applicant's Tracking Number:** AA2025081504



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-458-629

**Effective Date of Registration:**
August 15, 2025
**Registration Decision Date:**
August 21, 2025

## Title

    **Title of Work:** Drawing Dog Jack Russell Terrier

## Completion/Publication

    **Year of Completion:** 2015
    **Date of 1st Publication:** October 25, 2015
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Anna Averianova
    **Author Created:** 2-D artwork
    **Citizen of:** Montenegro

## Copyright Claimant

    **Copyright Claimant:** Anna Averianova
    Stari Bar BB, Bar, 85000, Montenegro

## Rights and Permissions

    **Name:** Anna Averianova
    **Email:** animalistica.me@gmail.com
    **Address:** Stari Bar BB
    Bar 85000 Montenegro

## Certification

    **Name:** David Denholm
    **Date:** August 15, 2025
    **Applicant's Tracking Number:** AA2025081503

