**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANNA AVERIANOVA,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-02472

Judge Sunil R. Harjani

Magistrate Judge Laura K. McNally

**DECLARATION OF SERVICE**

I, Keith A. Vogt, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, ANNA AVERIANOVA ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. This Court entered an Order permitting Plaintiff to complete service of process to Defendant pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication or by sending an e-mail to the e-mail address provided for Defendant by third parties that includes a link to said website.

3. I hereby certify that on March 20, 2026, I sent an e-mail containing a copy of the Complaint, Summons, Minute Entry Order [16], and Order for Leave to Conduct Expedited Discovery and Electronic Service to the e-mail address associated with the account at the Amazon Payments, Inc. ("Amazon") Marketplace, as identified and provided for Defendant by third parties.

4.      I hereby certify that on or before March 20, 2026, I electronically published the Complaint, Summons, Minute Entry Order [16], and Order for Leave to Conduct Expedited Discovery and Electronic Service on a website.

5.      I hereby certify that on March 20, 2026, I sent an e-mail containing a copy of the Complaint, Summons, Minute Entry Order [16], and Order for Leave to Conduct Expedited Discovery and Electronic Service to the e-mail address associated with the account at the Amazon Marketplace, as identified and provided by third parties for Defendant, that includes a link to said website.

6.      The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2026.


/s/ Keith A. Vogt
Keith A. Vogt
*Counsel for Plaintiff*

2